STATE OF NEBRASKA, APPELLEE, v. BILLY SCHNOOR, APPELLANT.

164 N. W. 2d 652

Filed February 7, 1969. No. 36858.

Francis A. McLane, for appellant.

Clarence A. H. Meyer, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, and McCOWN, JJ., and KOKJER and ACH, District Judges.

WHITE, C. J.

This is a companion case to State v. Peterson, ante p. 826, 164 N. W. 2d 649. The facts and issues raised in the briefs in this case are identical with the ones raised in the companion case.

The issues and contentions raised by the defendant :

herein are controlled under the opinion and decision in the case of State v. Peterson, *supra*. The judgment of the district court is correct and is affirmed.

AFFIRMED.